UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

ANTONIO NIEVES,

                Plaintiff,

       – against –

BRIAN LITTLE, et al.,

                Defendants.

-------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

09 CV. 4726 (TPG)

**ORDER**

      In a letter dated August 31, 2009, received by this Court on September 4, 2009, *pro se* Plaintiff Antonio Nieves seeks an extension of time to serve Defendants Little, Hong, and Chin. The request is granted.

      The deadline for plaintiff to serve defendants, previously set at September 17, 2009, is therefore extended to November 16, 2009.

      SO ORDERED.

Dated:  New York, New York
           September 9, 2009

                                            Thomas P. Griesa
                                            U.S.D.J.